UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON LEE WILCOX,<br><br>Petitioner,<br><br>v.<br><br>STEVEN MERLAK, Warden, et al.,<br><br>Respondents. | No. 1:19-cv-01410-LJO-SKO (HC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. No. 12)**<br><br>**ORDER DENYING PETITIONER'S MOTION FOR DEFAULT (Doc. No. 11)**<br><br>**ORDER REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS** |

Petitioner is a federal prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On January 2, 2020, the Magistrate Judge assigned to the case issued Findings and Recommendation to deny Petitioner's motion for default. (Doc. Nos. 11, 12.) This Findings and Recommendation was served upon all parties and contained notice that any objections were to be filed within fourteen (14) days from the date of service of that order. To date, no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

**ORDER**

Accordingly, the Court orders as follows:

1. The Findings and Recommendations, filed January 2, 2020 (Doc. No. 12), is ADOPTED IN FULL;

2. Petitioner's motion for default (Doc. No. 11) is DENIED; and

3. The matter is REFERRED BACK to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: **January 28, 2020**  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE